COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
GARLAND CALLUM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-70273 CW |
| Plaintiff, | STIPULATION AND ORDER CHANGING HEARING DATE AND EXTENDING TIME LIMITS |
| vs. | |
| GARLAND CALLUM, | |
| Defendant. | |

This matter is currently set for May 1, 2012, as the date of a further status conference/preliminary hearing/arraignment.

The parties hereby stipulate to set the next status conference/preliminary hearing/arraignment on May 24, 2012, and they request that the Court extend the time limits provided by Federal Rule of Criminal Procedure 5.1(c) and 18 U.S.C. §3161.

Pursuant to Rule 5.1(d), the defendant and the government consent to the extension of time, and the parties represent that good cause exists for this extension, including the effective preparation of counsel. *See* 18 U.S.C. §3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by

1

granting such an exclusion of time outweigh the best interests of public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(7)(A).

SO STIPULATED:

_____/s/_____
COLIN L. COOPER
Attorney for GARLAND CALLUM

_____/s/_____
KEVIN J. BARRY
Assistant United States Attorney

ORDER

For the reasons stated above, the Court sets May 24, 2012, at the hour of 9:30 a.m., as the date for the next status conference/ preliminary hearing/arraignment. The court also finds that extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from the date of the Order through May 24, 2012, is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. §3161 is warranted; that the ends of justice served by the continuance under Rule 5.1 outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: 04/30/2012

_____Kandis Westmore_____
KANDIS A. WESTMORE
United States Magistrate Judge